FILED
2-13-08
FEB 13 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 127 |
| v. ) | Hon. Maria Valdez |
| ) | |
| YOHANCE JOSEPH LACOUR, ) | |
| a/k/a "Famo" ) | |

## GOVERNMENT'S MOTION TO SEAL ARREST WARRANT AND CRIMINAL COMPLAINT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that the arrest warrant and criminal complaint be and remain under seal for a period through and including February 23, 2008, or until further order of this Court.

In support of its motion, the government states that the investigation into criminal activity is continuing and that the disclosure of the information contained in the affidavit and application may have a negative impact on the ongoing investigation and jeopardize its effectiveness.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Mark E. Schneider

MARK E. SCHNEIDER
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5356

Dated: February 13, 2008