## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 127 | **DATE** | 2/13/2008 |
| **CASE TITLE** | USA vs. Yohance Joseph Lacour | | |

**DOCKET ENTRY TEXT**

ARREST WARRANT issued as to Yohance Joseph Lacour on 2/13/08. Enter Order granting Government's motion to seal arrest warrant and complaint through and including 2/23/08 or until the arrest of the defendant, whichever is sooner, unless further ordered by this Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|