UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )     No.  08 CR 127
        v.                        )     Hon. Maria Valdez
                                  )
YOHANCE JOSEPH LACOUR,            )
        a/k/a "Famo"              )

## ORDER

This matter having come before the Court on the <u>ex parte</u> motion of the United States to seal

the arrest warrant and criminal complaint, it is hereby

ORDERED that the arrest warrant and criminal complaint shall be and remain under seal for

a period through and including February 23, 2008, or until the arrest of the defendant, whichever is

sooner, unless further ordered by this Court.

ENTER:

MARIA VALDEZ
Magistrate Judge
United States District Court

Dated: 2/13/08