Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 127 - 1 | **DATE** | 02/20/08 |
| **CASE TITLE** | USA vs. Yohance Joseph LaCour | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 02/20/08. Defendant informed of his rights. Enter order appointing James A Graham of the Federal Defender Program/Panel as counsel for defendant. Government and defendant agree on certain conditions of release. Secured bond posted either by certified funds or property as out lined in Order Setting Conditions of Release no later than 02/29/08. Status hearing is set for 02/29/08 at 3:00 p.m. in courtroom 1858. Government's oral motion to unseal case is granted. Case ordered unsealed.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|