IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CR 127 |
| vs. ) | Honorable Magistrate-Judge Nan |
| ) | Nolan, presiding |
| YOHANCE LACOUR, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT YOHANCE LACOUR

NOW COMES Attorney James A. Graham, and respectfully moves this Court to allow him to withdraw as counsel for the Defendant YOHANCE LACOUR and in support states as follows:

　　1. That undersigned counsel began representing Defendant in February of 2008.

　　2. Defendant YOHANCE LACOUR is out of custody on a secured bond, and all aspects of that bond have been completed.

　　3. Defendant's family has retained Attorney ANDRE GRANT. Attorney ANDRE GRANT has informed undersigned counsel that he will be present in court on March 10, 2008, at 10:00 a.m., and will file an appearance before appearing in Court on Monday.

　　4. Undersigned counsel has confirmed with the Client and his family that they wish to have Attorney ANDRE GRANT represent the Defendant.

Page 2

      5. As a result undersigned counsel is moving to withdraw.

      6. Undersigned counsel has a scheduling conflict, and is required to be present in State Court on the same date and time as this case.  Undersigned counsel will not be present for the proceedings on Monday.

      WHEREFORE, Counsel for Defendant respectfully requests that he be allowed to withdraw from the representation of Defendant YOHANCE LACOUR and that Attorney ANDRE GRANT be listed as Defendant's new attorney..

      Respectfully submitted,


      s/James A. Graham
      Attorney for YOHANCE LACOUR


James A. Graham (ARDC 6184279)
Attorney at Law
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois 60604
(312) 922-3777
Facsimile: (312) 663-5386
e-mail address: jagraham.law@mac.com

Page 3

## CERTIFICATE OF SERVICE

    I, James A. Graham, an attorney, certify that I shall cause to be served a copy of the **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT YOHANCE LACOUR** upon the following individuals electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 6th day of March, 2008.

TO:

  Mark Schneider
  Asst. United States Attorney
  219 S. Dearborn St.
  Suite 500
  Chicago, Illinois 60604

        s/James A. Graham
        James A. Graham attorney for
        YOHANCE LACOUR

James A. Graham (ARDC 6184279)
Attorney at Law
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois 60604
(312) 922-3777
Facsimile: (312) 663-5386
e-mail address: jagraham.law@mac.com