```
                         IN THE
              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 CR 127 |
| vs. | ) |
| | ) Magistrate-Judge Nan Nolan, |
| YOHANCE LACOUR, | ) presiding |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:  Mark Schneider
     Assistant United States Attorney
     219 S. Dearborn St. Suite 500
     Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on the 10th day of March, 2008, at 10:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Magistrate-Judge Nan Nolan, in the Courtroom usually occupied by her in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and argue:

MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT YOHANCE LACOUR

a copy of said pleadings are attached and served upon you;

                          s/*James A. Graham*_____
                          James A. Graham attorney for
                          YOHANCE LACOUR


JAMES A. GRAHAM (ARDC 6184279)
Attorney at law
53 W. Jackson Blvd., Suite 703
Chicago, Illinois 60604
Facsimile: (312) 663-5386
e-mail address: jagraham.law@mac.com