# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 127 - 1 | **DATE** | 3/10/2008 |
| **CASE TITLE** | USA vs. Yohance Joseph Lacour | | |

**DOCKET ENTRY TEXT**

Detention hearing held.  Defendant's motion to withdraw attorney James A. Graham [12] is granted. Defendant's newly retained counsel given leave to file his appearance on behalf of defendant. Government's oral motion to dismiss complaint without prejudice is granted.  Bond is hereby exonerated. The Clerk's Office is hereby directed to return (if any) documents pertaining to the quit claim deed posted on 02/20/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|