AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
v.
YOHANCE JOSEPH LACOUR,
a/k/a "Famo"

**WARRANT FOR ARREST**

FILED
MAY 15 2008 YM
May 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER: 08-CR-127( )

08 cr 127

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest YOHANCE JOSEPH LACOUR A/K/A "Famo"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of 100 grams of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21 United States Code, Section(s) 846; and Title 18, USC, Section 2 .

Maria Valdez
Name of Issuing Officer

/s/ Maria Val[dez]
Signature of Officer

U.S. Magistrate Judge
Title of Issuing Officer

02/13/2008  Chicago, Illinois
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at CHICAGO, IL

| DATE RECEIVED 02/13/2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/20/2008 | Eric J. McIntosh, Special Agent | /s/ |